IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BILEK and<br>MARY BILEK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REGIONAL ADJUSTMENT BUREAU, INC.<br><br>　　　　Defendant. | )<br>)<br>)　07 C 4201<br>)<br>)　Judge Pallmeyer<br>)<br>)<br>)　Jury Demanded<br>)<br>)<br>) |

**PLAINTIFFS' RULE 41 DISMISSAL**

Plaintiffs hereby dismiss this case with prejudice and without costs, pursuant to settlement between the parties.

Defendant has not yet answered the complaint.

　　　　　　　　　　　　　　　　　　　　　　/s/Alexander H. Burke

Keith J. Keogh
Alexander Burke
Law Offices of Keith J. Keogh, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)


CERTIFICATE OF SERVICE

　　　　I, Alexander H. Burke, hereby certify that on October 17, 2007, I filed this document and a copy thereof was served upon all counsel of record through the ECF system for the United States District Court for the Nortyhern District of Illinois.

　　　　　　　　　　　　　　　　　　　　　　/s/Alexander H. Burke