## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4201 | **DATE** | 10/18/2007 |
| **CASE TITLE** | Christopher Bilek vs. Regional Adjustment Bureau, Inc. | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed pursuant to Rule 41.  Rule 16 conference set for 10/25/2007 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|